Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant WORLD OIL CORP.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN HO, <br><br>                 Plaintiff, <br><br> vs. <br><br> WORLD OIL CORP., a California corporation, <br><br>                 Defendant. | Case 8:25-cv-00069-SVW-JDE <br><br> **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Date:       April 14, 2025 <br> Time:       1:30 p.m. <br> Courtroom: 10A <br><br> Hon. Stephen V. Wilson |

Notice of Motion to Dismiss

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on April 14, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10A of the above-entitled court, Defendant World Oil Corp., hereby will move this Court for an Order dismissing the amended Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and Rule 12(b)(6). This motion is brought on the grounds that John Ho ("Plaintiff") has failed to allege facts to state a cause of action pursuant the ADA and lacks sufficient Article III standing to bring the claims asserted in the complaint under the Americans with Disabilities Act. Additionally, this Court should decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.

Specifically, Plaintiff alleges that Defendant violated the ADA by failing to provide compliant disabled parking. However, Defendant provides no parking at all to the public and therefore has no obligation pursuant to the ADA to provide disabled parking. Accordingly, this Complaint is not capable of correcting this defect by amendment and therefore should be dismissed with prejudice.

Pursuant to Local Rule 7-3, I certify that on January 27, 2025, I conferred with Plaintiff's counsel by telephone regarding this Motion and the parties were unable to resolve the issues raised by this Motion. After the amended Complaint was filed, we again conferred on March 3, 2025 and mutually agreed that the amended Complaint did not alter the positions of the parties raised in the initial Motion to Dismiss the Complaint.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of John Hundley, the Declaration of Jason James, the Declaration of Philip H. Stillman, the Request for Judicial Notice, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

///

///

///

1     WHEREFORE, Defendant World Oil Corp. hereby requests that this Court grant its

2   Motion to Dismiss the Complaint with prejudice.

3                                           Respectfully Submitted,

4                                           STILLMAN & ASSOCIATES

5

6   Dated: March 10, 2025              By:_____
                                          Philip H. Stillman, Esq.
7                                       Attorneys for Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on March 11, 2025 or as soon as possible thereafter, copies of this Motion, the Memorandum of Points and Authorities, the Declaration of John Huntley, the Declaration of Jason James, the Declaration of Philip Stillman and the Request for Judicial Notice were served electronically via this Court's ECF system to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for WORLD OIL CORP.