UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-00069-SVW-JDE | Date | November 17, 2025 |
|---|---|---|---|
| Title | *John Ho v. World Oil Corp.* | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**    ORDER DENYING DEFENDANT'S MOTION FOR FEES AND COSTS [64] AND DENYING PLAINTIFF'S MOTION FOR FEES AND SANCTIONS [77]

Before the Court are crossing motions for fees, costs, and sanctions, filed, respectively, by Defendant World Oil Corp. and Plaintiff John Ho. ECF Nos. 64, 77.

Defendant's motion is properly granted on its own terms only upon a showing that (1) Plaintiff's claim for a violation of the Americans with Disabilities Act ("ADA") was "frivolous, unreasonable, or without foundation," that it was pursued "unreasonably or vexatiously," that an affidavit was submitted in bad faith, or that Defendant acted with "willful, grossly negligent, or reckless conduct." *Summers v. A. Teichert & Son, Inc.*, 127 F.3d 1150, 1154 (9th Cir. 1997); 28 U.S.C.A. § 1927; Fed. R. Civ P. 56(h); L.R. 83-7(a). The Court has reviewed the case and argument and finds that Defendant has failed to make the requisite showing of frivolity, bad faith, or recklessness.

Plaintiff's motion relies on the fact that Plaintiff contests whether approximately 76 minutes were properly billed in Defendant's motion for fees. Plaintiff maintains that this inaccuracy is tantamount to a fraud on the Court. The Court has reviewed the argument and finds it meritless.

Accordingly, both motions are DENIED.

**IT IS SO ORDERED.**

                                                                                                :

                                        Initials of Preparer    DTA